BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $56,212.00 IN U.S. CURRENCY AND<br><br>APPROXIMATELY $12,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | Case No. 2:12-mc-0069 MCE CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and claimant Robert Cappiello ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about June 20, 2012, claimant Robert Cappiello filed a claim in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $56,212.00 in U.S. Currency and Approximately $12,000.00 in U.S. Currency (hereafter the "defendant currency"), which was seized on March 7, 2012.

　　　　2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

1

Stipulation and Order to Extend Time

other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is currently September 18, 2012.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 19, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to November 19, 2012.

Dated: 8/31/12

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S Attorney

Dated: 8.31.12

/s/ Zenia K. Gilg
ZENIA K. GILG
Attorney for Claimant
Robert Cappiello

(Signature retained by attorney)

**IT IS SO ORDERED**.
Dated:  September 5, 2012

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE